STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. COL-
LINGSWOOD SEWERAGE COMPANY, PLAINTIFF IN
ERROR.

Argued June 23, 1914—Decided October 16, 1914.

On error to the Supreme Court, whose opinion is reported
in 85 *N. J. L.* 567.

For the defendant in error, *William J. Kraft.*

For the plaintiff in error, *Gaskill & Gaskill.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Mr. Justice
Kalisch in the Supreme Court.

*For affirmance*—THE CHANCELLOR, GARRISON, SWAYZE,
TRENCHARD, BERGEN, MINTURN, BLACK, BOGERT, VREDEN-
BURGH, HEPPENHEIMER, WILLIAMS, JJ. 11.

*For reversal*—None.